UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAIAH HERNDON,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>RENO POLICE DEPARTMENT, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-00227-MMD-CSD<br><br>ORDER |

　　*Pro se* Plaintiff Isaiah Herndon, proceeding *in forma pauperis*, initiated this action under 42 U.S.C. § 1983 on May 23, 2022. (ECF Nos. 1, 1-1.) After screening, two Defendants remained: Casey Thomas and Steven Welin. (ECF No. 4.) On March 13, 2023, the Court issued a notice of intent to dismiss under Fed. R. Civ. P. 4(m) unless proof of service is filed by April 12, 2023. (ECF No. 13.) To date, no proof of service has been filed as to Thomas or Welin, and Plaintiff has not otherwise contacted the Court to request an extension of time. Because the deadline to serve Thomas and Welin has expired, the Court will dismiss this action without prejudice.

　　It is therefore ordered this action is dismissed without prejudice.

　　The Clerk of Court is directed to enter judgment accordingly and close this case.

　　DATED THIS 13th Day of April 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE